UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

MARIAN MURPHY, et al.,                :
                                      :
    PLAINTIFFS                        :
                                      :     Civ. Action No. 07-1241 (RCL)
    v.                                :
                                      :
DISTRICT OF COLUMBIA, et al.,         :
                                      :
    DEFENDANTS.                       :
_____

## SCHEDULING ORDER

Upon consideration of the Joint Meet and Confer Statement filed by the parties, it is hereby

**ORDERED** *nunc pro tunc*, that the case will proceed according to the following schedule:

Pleadings must be amended by September 19, 2007; Defendants shall file the administrative record by October 2, 2007; Plaintiffs shall file their summary judgment motion on November 1, 2007; Defendants shall file their cross summary judgment motion and opposition on December 3, 2007; Plaintiffs shall file their opposition and reply on January 28, 2008; Defendants shall file their reply on February 20.

  SO ORDERED.

  Signed by Royce C. Lamberth, United States Distric Judge, on September 26, 2007.