UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.W., *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 07-1241 (RCL)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of plaintiffs' Motion [12] for Leave to Late File Plaintiffs' Motion for Summary Judgment, and the record herein, it is hereby

ORDERED that plaintiffs' motion [12] is GRANTED and the motion for summary judgment shall be filed.


SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on November 8, 2007.