UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| MARIAN MURPHY, et al., | : |
| | : |
| PLAINTIFFS | : |
| | : Civ. Action No. 07-1241 (RCL) |
| v. | : |
| | : |
| DISTRICT OF COLUMBIA, et al., | : |
| | : |
| DEFENDANTS. | : |

_____

**DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER**

The District of Columbia, through counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), respectfully moves to amend this Court's September 26, 2007 Scheduling Order, to allow Defendants to file their cross summary judgment motion and opposition on or before December 10, 2007.

On November 6, 2007, Plaintiffs filed a motion for leave to late file their summary judgment motion, which should have been filed on November 1, 2007. Defendants consented to this motion, provided Defendants be given addition time to file their cross motion. Both parties agreed that Defendants would file their cross motion on or before December 10, 2007, and Plaintiffs included this date in their motion for leave to late file their summary judgment motion.

Plaintiffs filed their summary judgment motion on November 6, 2007. On November 8, 2007, this Court granted Plaintiffs' motion for leave to late file their summary judgment motion. However, the Court did not address Plaintiffs' request that

1

Court "reset the due date for the Defendants…in the interest of justice." *See Plaintiffs' Motion for leave to late file, p. 2.*

Plaintiffs have already consented to Defendants' motion to amend the scheduling order.

Accordingly, Defendants' request that this Court amend its Scheduling Order to allow Defendants' to file their cross summary judgment motion and opposition on or before December 10, 2007.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the
          District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Edward P. Taptich*_____
        EDWARD P. TAPTICH (012914)
        Section Chief
        Equity Section Two

        */s/ Veronica A. Porter*_____
        VERONICA A. PORTER (412273)
        Assistant Attorney General
        Civil Litigation Division
        Equity Section Two
        441 Fourth Street, N.W., Sixth Floor South
        Washington, D.C.  20001
        (202) 724-6651 (phone)
        (202) 727-3625 (facsimile)
        veronica2.porter@dc.gov

**November 16, 2007**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
:
**MARIAN MURPHY, et al.,**                   :
:
    **PLAINTIFFS**                             :
:  Civ. Action No. 07-1241 (RCL)
    **v.**                                            :
:
**DISTRICT OF COLUMBIA, et al.,**      :
:
    **DEFENDANTS.**                        :
_____

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent authority of this Court.


    Respectfully submitted,

    LINDA SINGER
    Attorney General for the District
     of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    */s/ Edward P. Taptich*_____
    EDWARD P. TAPTICH (012914)
    Chief, Equity Section 2


    /s/  *Veronica A. Porter*_____

4

> VERONICA A. PORTER (412273)
> Assistant Attorney General
> 441 4th St., N.W., Sixth Floor South
> Washington, D.C. 20001
> (202) 724-6651
> (202) 727-3625 (facsimile)
> veronica2.porter@dc.gov

**November 16, 2007**

**UNITED STATES DISTRICT COURT**

FOR THE DISTRICT OF COLUMBIA

_____
|                                   |                              |
| **MARIAN MURPHY, et al.,**        | :                            |
|                                   | :                            |
| **PLAINTIFFS**                    | :                            |
|                                   | :  Civ. Action No. 07-1241 (RCL) |
| v.                                | :                            |
|                                   | :                            |
| **DISTRICT OF COLUMBIA, et al.,** | :                            |
|                                   | :                            |
| **DEFENDANTS.**                   | :                            |
_____

## **ORDER**

On consideration of Defendants' Motion to Amend Scheduling Order, it is this

_____ day of _____, 2007,

**ORDERED**, that Defendants' motion is GRANTED; it is,

**FURTHER ORDERED**, Defendants may file their cross summary judgment motion and opposition on or before December 10, 2007.

_____
U.S. DISTRICT COURT JUDGE