FOR THE DISTRICT OF COLUMBIA

_____

**MARIAN MURPHY, et al.,**                  :
                                            :
    **PLAINTIFFS**                          :
                                            :  Civ. Action No. 07-1241 (RCL)
    v.                                      :
                                            :
**DISTRICT OF COLUMBIA, et al.,**           :
                                            :
    **DEFENDANTS.**                         :
_____

## ORDER

On consideration of Defendants' Motion to Amend Scheduling Order, it is hereby

**ORDERED**, that Defendants' motion is GRANTED; it is,

**FURTHER ORDERED**, Defendants may file their cross summary judgment motion and opposition on or before December 10, 2007.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on November 20, 2007.