# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
)
**MARIAN MURPHY**, *et al.*,                    )
)
    **Plaintiffs,**                         )
)
    **v.**                                )    **Civil Action No. 07-1241 (RCL)**
)
**DISTRICT OF COLUMBIA**, *et al.*,           )
)
    **Defendants.**                        )
_____)

## ORDER

On consideration of defendants' Motion [3] for Partial Dismissal of Plaintiffs' Complaint,

filed August 9, 2007, the opposition and reply thereto, and the record herein, it is hereby

ORDERED that defendants' motion [3] is GRANTED; it is further

ORDERED that any claims pursuant to 42 U.S.C. § 1983 and 29 U.S.C. § 794 are hereby

dismissed.  Plaintiffs have alleged no facts that would support either claim.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on February 6, 2008.