UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**MARIAN MURPHY, et al**          \*
                                  \*
      **Plaintiff**          \*
                                  \*   Civil Action No. 07-1241 (RCL)
      **v.**                 \*
                                  \*
**DISTRICT OF COLUMBIA, et al**   \*
                                  \*
      **Defendants**         \*
_____

## CONSENT MOTION FOR ENLARGMENT OF TIME TO FILE OPPOSITION TO DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT

The Plaintiffs, by and through its undersigned counsel, respectfully requests that the Court grant them an extension of time to file an opposition to Defendants' Cross Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment. In support thereof, the Plaintiff states as follows:

1. That on or about July 10, 2007, Plaintiff filed a complaint in the above captioned matter.

2. That on December 10, 2007, Defendants filed their cross motion for summary judgment.

3. That Plaintiff's response in opposition to Defendants' cross motion for summary judgment was due on January 28, 2008.

4. That Plaintiff cannot file her opposition by the due date because Plaintiff's counsel entered her appearance after the due date for Plaintiff's motion for summary judgment, and as such needs additional time to file the response.

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

5.   That an extension of time within which to file a response to Defendants' cross motion for summary judgment is necessary because Plaintiff intends to oppose the motion for summary judgment.

6.   The Plaintiff submits that no party would be prejudiced by the requested extension of time.  Moreover, counsel for Defendant District of Columbia consents to the relief requested herein and the parties have agreed that Defendant's response will be due on March 14, 2008.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant an extension of time, up to and including Monday, February 11, 2008 to file a response to Defendants cross motion for summary judgment and opposition to plaintiffs' motion for summary judgment in this matter.

> Respectfully Submitted,
> Law Offices of Christopher N. Anwah,
>
> _____/s/*Fatmata Barrie*/s/_____
> Fatmata Barrie (DC Bar #485122)
> LAW OFFICES OF CHRISTOPHER ANWAH
> 10 R Street, NE
> Washington, DC  20002
> Phone: (202) 626-0040
> Fax: (202) 626-0048
> Email: fbarrie@verizon.net
> Attorney for Plaintiff

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

_____

| | |
|---|---|
| **MARIAN MURPHY, et al** * | |
| * | |
| **Plaintiff** * | |
| * | **Civil Action No. 07-1241 (RCL)** |
| **v.** * | |
| * | |
| **DISTRICT OF COLUMBIA, et al** * | |
| * | |
| **Defendants** * | |

_____

### POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITON TO DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT

1. Fed. R. Civ. P. 6(b).

2. Fed. R. Civ. P. 12

3. The interest of justice and the record herein.

                Respectfully Submitted,
                Law Offices of Christopher N. Anwah


                _____/s/*Fatmata Barrie*/s/_____

                Fatmata Barrie (DCB#485122)
                LAW OFFICES OF CHRISTOPHER N. ANWAH
                10 R Street, NE
                Washington, DC  20002
                Phone: (202) 626-0040
                Fax: (202) 626-0048
                Email: fbarrie@verizon.net
                Attorney for Plaintiff




**IN THE UNITED STATES DISTRICT COURT**

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARIAN MURPHY, et al** | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | Civil Action No. 07-1241 (RCL) |
| | * | |
| | * | |
| **DISTRICT OF COLUMBIA, et al** | * | |
| **Defendants(s)** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

**UPON CONSIDERATION** of Plaintiff's Motion to Extend Time to File Opposition to Defendant's Motion for Partial Dismissal and Motion for Summary Judgment, it is hereby this _____ day of _____ 2008:

**ORDERED** that Plaintiff's Motion be and is hereby GRANTED, and it is

**FURTHER ORDERED** that Plaintiff is given up to and including Monday, February 11, 2008 to file an opposition to Defendant's cross motion for summary judgment in this matter, and it is

**FURTHER ORDERED** _____

_____

_____ **SO ORDERED**

_____
JUDGE

4

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com