FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARIAN MURPHY, et al** | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | Civil Action No. 07-1241 (RCL) |
| | * | |
| | * | |
| **DISTRICT OF COLUMBIA, et al** | * | |
| Defendants(s) | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

**UPON CONSIDERATION** of Plaintiff's Motion to Extend Time to File Opposition to Defendant's Motion for Partial Dismissal and Motion for Summary Judgment, it is hereby this 11th day of February 2008:

**ORDERED** that Plaintiff's Motion be and is hereby GRANTED, and it is

**FURTHER ORDERED** that Plaintiff is given up to and including Monday, February 11, 2008 to file an opposition to Defendant's cross motion for summary judgment in this matter.

   **SO ORDERED.**

**Signed by Royce C. Lamberth, United States District Judge, on February 11, 2008.**

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com