UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| MARIAN MURPHY, et al., | : | |
| | : | |
| PLAINTIFFS | : | |
| | : | Civ. Action No. 07-1241 (RCL) |
| v. | : | |
| | : | |
| DISTRICT OF COLUMBIA, et al., | : | |
| | : | |
| DEFENDANTS. | : | |

_____

### DEFENDANTS' CONSENT MOTION FOR
### EXTENSION OF TIME TO FILE REPLY

The District of Columbia, through counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), respectfully moves for extension of time to file a Reply on or before March 14, 2008.

On February 8, 2008, Plaintiffs filed a "Consent Motion for Enlargement of Time to File Opposition to Defendants' Cross Motion for Summary Judgment" ("Motion"). Plaintiffs' Opposition should have been filed by January 28, 2008, pursuant to the Court's September 26, 2007 Order.

As stated in Plaintiffs' Motion, Defendants' consented, provided their time to file a Reply would be extended from February 20, 2008, to March 14, 2008.

On February 11, 2008, this Court granted Plaintiffs' Motion, and Plaintiffs' filed their Opposition on February 11, 2008. However, the Court's Order did not address Plaintiffs' request that Defendants' Reply be due on March 14, 2008.

Plaintiffs have already agreed that Defendants' may file their Reply on or before March 14, 2008, as stated in their Motion.

Accordingly, Defendants' request that the Court grant this motion and allow Defendants' to file their Reply on or before March 14, 2008.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the
          District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Edward P. Taptich*_____
        EDWARD P. TAPTICH (012914)
        Section Chief
        Equity Section Two

        */s/ Veronica A. Porter*_____
        VERONICA A. PORTER (412273)
        Assistant Attorney General
        Civil Litigation Division
        Equity Section Two
        441 Fourth Street, N.W., Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6651 (phone)
        (202) 727-3625 (facsimile)
        veronica2.porter@dc.gov

**February 14, 2008**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| **MARIAN MURPHY, et al.,** | : | |
| | : | |
| PLAINTIFFS | : | |
| | : | Civ. Action No. 07-1241 (RCL) |
| v. | : | |
| | : | |
| **DISTRICT OF COLUMBIA, et al.,** | : | |
| | : | |
| DEFENDANTS. | : | |

_____

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent authority of this Court.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District
         of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Edward P. Taptich*_____
        EDWARD P. TAPTICH (012914)
        Chief, Equity Section 2

        /s/ _Veronica A. Porter_____

VERONICA A. PORTER (412273)
Assistant Attorney General
441 4th St., N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6651
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov

**February 14, 2008**

**UNITED STATES DISTRICT COURT**

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MARIAN MURPHY, et al.,** : | |
| : | |
| PLAINTIFFS : | |
| : | Civ. Action No. 07-1241 (RCL) |
| v. : | |
| : | |
| **DISTRICT OF COLUMBIA, et al.,** : | |
| : | |
| DEFENDANTS. : | |

### **ORDER**

On consideration of Defendants' Motion for Extension of Time to File Reply, it is this _____ day of _____, 2008,

**ORDERED**, that Defendants' motion is GRANTED; it is,

**FURTHER ORDERED**, Defendants may file their Reply on or before March 14, 2008.

_____<br>U.S. DISTRICT COURT JUDGE