UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIAN MURPHY, et al., : | |
| : | |
| PLAINTIFFS, : | |
| : | Civ. Action No. 07-1241 (RCL) |
| v. : | |
| : | |
| DISTRICT OF COLUMBIA, et al., : | |
| : | |
| DEFENDANTS. : | |

## DEFENDANTS' CONSENT MOTION FOR
## EXTENSION OF TIME TO FILE REPLY

The District of Columbia, through counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), respectfully moves for an extension of time from March 14, 2008 to March 21, 2008 to file their Reply. Undersigned counsel has been ill, and will be unable meet the March 14th deadline.

Undersigned counsel has conferred with Plaintiffs' counsel regarding the relief sought by this motion. Plaintiffs' counsel has consented to the relief requested.

Accordingly, Defendants' request that the Court grant this motion and allow Defendants' to file their Reply on or before March 21, 2008.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the
 District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*_____
EDWARD P. TAPTICH (012914)
Section Chief
Equity Section Two

*/s/ Veronica A. Porter*_____
VERONICA A. PORTER (412273)
Assistant Attorney General
Civil Litigation Division
Equity Section Two
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6651 (phone)
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov

**March 12, 2008**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARIAN MURPHY, et al., : | |
| : | |
| PLAINTIFFS, : | |
| : | Civ. Action No. 07-1241 (RCL) |
| v. : | |
| : | |
| DISTRICT OF COLUMBIA, et al., : | |
| : | |
| DEFENDANTS. : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY**

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent authority of this Court.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the
 District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*_____
EDWARD P. TAPTICH (012914)
Chief, Equity Section 2

/s/ *Veronica A. Porter*_____
VERONICA A. PORTER (412273)
Assistant Attorney General
441 4th St., N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6651
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov

**March 12, 2008**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARIAN MURPHY, et al.,** : | |
| : | |
| PLAINTIFFS, : | |
| : | Civ. Action No. 07-1241 (RCL) |
| v. : | |
| : | |
| **DISTRICT OF COLUMBIA, et al.,** : | |
| : | |
| DEFENDANTS. : | |

## **ORDER**

On consideration of Defendants' Motion for Extension of Time to File Reply, it is this _____ day of _____, 2008,

**ORDERED**, that Defendants' motion is GRANTED; it is,

**FURTHER ORDERED**, Defendants may file their Reply on or before March 21, 2008.

_____
U.S. DISTRICT COURT JUDGE

5