UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| D.W., *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-1241 (RCL) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

# ORDER

Upon full consideration of plaintiffs' Motion for Summary Judgment [14], defendants' Cross Motion for Summary Judgment [17], the entire record herein, and the applicable law, it is hereby

ORDERED that plaintiffs' motion is GRANTED.  It is further hereby

ORDERED that defendants' motion is DENIED.  It is further hereby

ORDERED that the April 11, 2007 Hearing Officer's Determination is reversed.  It is further hereby

ORDERED that D.W. is awarded two years of compensatory education.  It is further hereby

ORDERED that defendants shall reimburse plaintiffs for attorney's fees incurred in this litigation and in the April 11, 2007 administrative proceeding.  Plaintiffs shall have ten days after entry of this order to submit to this Court an accounting of attorney's fees.  Defendants shall have ten days after receipt of plaintiff's accounting to submit to this Court any opposition thereto.

SO ORDERED.

Signed by Chief Judge Royce C. Lamberth, on June 23, 2008.

Case 1:07-cv-01241-RCL     Document 31     Filed 06/23/2008     Page 2 of 2