IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| D.W., *et al.*, | * | |
|     Plaintiffs | * | |
| | * | |
| v. | * | Civ. Acton No. 07-1241 (RCL) |
| | * | |
| | * | |
| DISTRICT OF COLUMBIA, et al | * | |
|     Defendants | * | |

**************************************

**PLAINTIFFS' MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS**

Plaintiffs move, pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, 20 U.S.C. § 1415(i)(3), and Local Civil Rule 54.2(c), for an award of attorney's fees and costs, as prevailing parties in their action for this Honorable Court to overturn the April 11, 2007 Hearing Officer's Determination and award the student two years of compensatory education, under 20 U.S.C. §1415(i).  Plaintiffs seek an award of $11,244.60 in fees and of $350.00 in costs. The grounds for their motion are set forth in the accompanying memorandum of points and authorities.

                                                                Respectfully submitted
                                                                LAW OFFICES OF CHRISTOPHER N. ANWAH, PLLC

By:      */s/FatmataBarrie/s/*
        Fatmata Barrie, Bar #485122
        LAW OFFICES OF CHRSTOPHER N. ANWAH, PLLC
        10 R Street, NE
        Washington, D.C. 20002
        Phone: (202) 626-0040
        Fax: (202) 626-0048
        Email: fbarrie@verizon.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| D.W., *et al.*, | * | |
|       Plaintiffs | * | |
| | * | |
| v. | * | Civ. Acton No. 07-1241 (RCL) |
| | * | |
| | * | |
| DISTRICT OF COLUMBIA, et al | * | |
|       Defendants | * | |

**************************************

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES

COMES NOW, the Plaintiffs, D.W. and Marian Murphy, by and through their attorneys Fatmata Barrie and The Law Offices of Christopher N. Anwah, PLLC, hereby moves this Honorable Court for an award of attorney's fees and costs, as prevailing parties in their action for compensatory education relief, under 20 U.S.C. §1415(i).  Plaintiffs filed a complaint for the court to reverse the Hearing Officer's Determination (HOD) of April 11, 2007 and award D.W. two years of compensatory education as ordered in the September 1, 2005.   On November 8, 2007, Plaintiffs filed a Motion for Summary Judgment and on June 23, 2008, this honorable Court granted the Motion for Summary Judgment and awarded the student the two years of compensatory education hours and ordered that defendants "shall reimburse plaintiffs for attorney's fees incurred in this litigation and in the April 11, 2007 administrative proceeding." (See 06/23/08 Short Order)

Reasonable attorney's fees and costs for that action are recoverable pursuant to 20 U.S.C. § 1415(i)(3).  Plaintiffs seek a grand total award of $11,244.60 in attorney's fees and of $350.00 in costs for the filing of the said complaint.  Exhibit A is the grand total time and expenditures by the initial counsel which totals $3,260.00 and Exhibit B is the grand total time

2

and expenditures by the current counsel which includes time spent on the litigation of the administrative due process hearing and are totaling $7,684.60.

**Plaintiffs' Attorney's Fees Are Reasonable**

Reasonable attorney's fees are determined by multiplying the number of hours reasonably worked by the attorney's reasonable rate. *Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983). Reasonable hourly rates are the market rates prevailing in the community. The Laffey Matrix is evidence of prevailing market rates for litigation counsel in the District of Columbia. *Covington v. District of Columbia*, 57 F.3d 1101, 1105 n.14 (D.C.Cir 1995). Plaintiffs request an award of $11,244.60 in fees and $350.56 in costs. See Exhibit A and B. That request encompasses fees for 28.14 hours of legal work billed at the rate of $300.00, $165.00 and $250 & 16.3 hours at a rate of $200.00 an hour and costs for filing the complaint. Plaintiffs' attorney time records are attached hereto as Exhibit A & B. As per the 06/23/08 short order, these hours are inclusive of the time spent in the administrative due process and in this litigation. Those hours were reasonably necessary to accomplish the work required for these proceedings and the administrative due process. Plaintiffs' attorney bills are at the rate of $300.00 per hour, $200.00, $250.00, & $165.00. That hourly rate is lower than that applicable under the Laffey Matrix. See Exhibit C. It represents the rate at which Defendants have reimbursed counsel's time in prior actions.

  WHEREFORE, Plaintiffs pray this Honorable Court to grant Plaintiffs' Motion for the said attorney's fees.

        Respectfully submitted
        LAW OFFICES OF CHRISTOPHER N. ANWAH, PLLC

By:   */s/FatmataBarrie/s/*
        Fatmata Barrie, Bar #485122
        LAW OFFICES OF CHRSTOPHER N. ANWAH, PLLC
        10 R Street, NE
        Washington, D.C. 20002
        Phone: (202) 626-0040
        Fax: (202) 626-0048
        Email: fbarrie@verizon.net

## **CERTIFICATE OF SERVICE**

I HEREBY certify that copies of the foregoing motion were electronically filed on July 3, 2008 and the court would notify parties using Court's e-file system.

        */s/FatmataBarrie/s/*
        Fatmata Barrie

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **D.W.,** *et al.*, | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | **Civ. Acton No. 07-1241 (RCL)** |
| | * | |
| | * | |
| **DISTRICT OF COLUMBIA, et al** | * | |
| Defendants | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## **PROPOSED ORDER**

**UPON CONSIDERATION** of Plaintiffs' Motion for Attorney's fees thereto and the record herein, it is hereby this _____ day of _____ 2008:

**ORDERED** that Plaintiffs' Motion be and is hereby GRANTED, and it is

**ORDERED** that the Plaintiffs are awarded reasonable attorney's fees in the amount of $11,244.60

**FURTHER ORDERD**_____

_____

_____ **SO ORDERED**

_____
United States District Judge

## _____THE IWEANOGES' FIRM_____
A PROFESSIONAL CORPORATION
Trial Attorneys and Counselors at Law

**IWEANOGE LAW CENTER**
1026 Monroe Street, Northeast
Washington, D.C. 20017-1760
Phone (202) 347-7026
Fax (202)347-7108

# INVOICE

INVOICE #__DW001_____
DATE: ___JUNE 30, 2008_____

**TO:**
FATMATA BARRIE

**FOR:**
LEGAL SERVICES RENDERED IN:
D.W.,et al v. DISTRICT OF COLUMBIA, ET AL,
Case No. 07-01241 (RCL)
U.S. District Court for the District of Columbia

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 07/09/07 | Review of file and drafting of complaint | 2.5 | $200 | $500 |
| 08/08/07 | Review of Answer filed by Defendant | 0.3 | $200 | $60 |
| 08/09/07 | Review of Motion to dismiss filed by Defendant | 0.4 | $200 | $80 |
| 08/09/07 | Review Court Order | 0.1 | $200 | $20 |
| 08/22/07 | Meet and confer, drafting and , review of Rule 16.3 report | 1.1 | $200 | $220 |
| 08/24/07 | Drafting and filing of consent motion for enlargement of time | 0.9 | $200 | $180 |
| 09/21/07 | Research and drafting of opposition to motion to dismiss | 1.7 | $200 | $340 |
| 09/26/07 | Review reply motion filed by Defendant | 0.5 | $200 | $100 |
| 11/05/07 | Review administrative record | 2.3 | $200 | $460 |
| 11/06/07 | Draft motion for leave to late file motion for summary judgment | 0.5 | $200 | $100 |
| 11/06/07 | Research and Drafting of motion for summary judgment | 2.7 | $200 | $540 |
| 11/16/07 | Review Defendant's motion to amend scheduling order | 0.3 | $200 | $60 |
| 12/10/07 | Review Defendant's motion for summary judgment | 1.0 | $200 | $200 |
| 1/29/08 | Teleconference with new counsel re: substitution | 0.4 | $200 | $80 |
| 1/30/08 | Review, copy and prepare file for pick-up | 1.6 | $200 | $320 |
| | | | TOTAL | $3,260.00 |

**Thank you for your business!**

Legal Services for D.W. et al v. District of Columbia et al
Case Number: 07-01241 (RCL)
US District Court for the District of Columbia
Plaintiff's Attorney's Itemized Invoice

| Date of Activity | Type of Activity | Time In Hours | Rate | Amount |
|---|---|---|---|---|
| 09/29/06 | Teleconference with Ms. Murphy Re: issues at school and scheduling MDT meeting, phone call with school | .35 | $165.00 | $57.75 |
| 10/02/06 | Phone call with Special Ed. Coordinator RE: MDT meeting, teleconference with Ms. Murphy RE: reschedule another date | .35 | $165.00 | $57.75 |
| 10/03/06 | Telephone call with school director RE: school issues, drafted letter to Ms. Murphy Re: meeting | .70 | $165.00 | $115.5 |
| 10/29/06 | Teleconference with the guardian Re: MDT/IEP meeting at High Road | .18 | $165.00 | $29.70 |
| 10/29/06 | Reviewed case file for the MDT/IEP meeting | .28 | $165.00 | $46.20 |
| 01/08/07 | Drafted letter to the guardian RE: scheduling the MDT/IEP meeting | .45 | $165.00 | $74.25 |
| 01/30/07 | Conference with parent Re: MDT meeting, attend MDT/IEP meeting, conference with guardian after the meeting, drafted memo to the file Re: MDT/IEP meeting | 2.53 | $165.00 | $417.45 |
| 02/06/07 | Teleconference with Ms. Murphy | .25 | $250.00 | $62.5 |
| 02/06/07 | Reviewed: educational advocate's report, 09/05 HOD, 09/05,10/05 IEP, MDT notes | 2.17 | $300.00 | $651.00 |
| 02/06/07 | Drafted due process complaint | 1.00 | $300.00 | $300.00 |
| 02/06/07 | Faxed due process complaint to the Student Hearing Office | .25 | $250.00 | $62.50 |
| 02/14/07 | Drafted letter to Ms. Murphy and mail it Re: complaint, reviewed and updated file | 1.08 | $250.00 | $270.00 |
| 04/03/07 | Reviewed file Re: completing the 5-day disclosure | .67 | $300.00 | $201.00 |
| 04/03/07 | Prepared 5-day disclosure, phone call to guardian | 1.58 | $300.00 | $474.00 |
| 04/09/07 | Reviewed: 02/06/07 Due Process Complaint Notice, 06/22/04 Settlement Agreement, 05/06/02 Cognitive Psychological Evaluation , 05/20/00 Psychological Report, 07/23/04 Psychiatric, 08/19/04 Social Work Evaluation, 12/18/04 Letter to Office of Compliance 09/05/04 Letter to DCPS Counsel, 08/23/02 HOD, 12/29/05 Neuropsychological Evaluation 12/29/05 Psycho-educational Evaluation 11/15/05 Letter to DCPS Re: Requests for Evaluations, 02/11/06 Letter to DCPS Re: Independent Evaluations and Meeting, 11/15/05 Letter to DCPS Re: Requests for Evaluations, 09/01/05 HOD, 01/30/07 IEP Meeting Notes 01/19/07 Prescription, 03/16/05 HOD, 10/11/05 IEP, phone conference with guardian RE: prepping for the hearing, prepare for the hearing | 6.46 | $300.00 | $1938.00 |
| 04/10/07 | Pre-hearing conference with grandmother, attended due process hearing, post-hearing conference with grandmother | 2.67 | $300.00 | $801.00 |

**Legal Services for D.W. et al v. District of Columbia et al**
**Case Number: 07-01241 (RCL)**
**US District Court for the District of Columbia**
**Plaintiff's Attorney's Itemized Invoice**

| | | | | |
|---|---|---|---|---|
| 04/11/07 | Received and reviewed Hearing Officer's Determination | .50 | $300.00 | $125.00 |
| 01/28/08 | Print and review defendant's response and opposition to petitioner's motion for summary judgment | .50 | $300.00 | $150.00 |
| 01/29/08 | Phone call with previous attorney Re: substitution of counsel | 0.4 | $300.00 | $120.00 |
| 01/30/08 | Picked up documents from previous counsel | .75 | $300.00 | 225.00 |
| 01/31/08 | Filed Substitution of Counsel | .25 | $300.00 | $75.00 |
| 02/06/08 | Reviewed Order granting Defendant's Motion for Partial Dismissal of Plaintiffs' Complaint | .50 | $300.00 | $125.00 |
| 02/08/08 | Complete and file Motion for Extension of Time to File Opposition | .50 | $300.00 | $125.00 |
| 02/08/08 | Legal research Re: completing the opposition to defendant's cross motion for summary judgment | 1.00 | $300.00 | $300.00 |
| 02/11/08 | Complete and filed Opposition to Defendant's Cross Motion for Summary Judgment, received and reviewed minute order granting motion for extension | 2.02 | $300.00 | $606.00 |
| 02/12/08 | Telephone call with Clerk's Officer R: making corrections to the filing of the | .25 | $300.00 | $75.00 |
| 02/13/08 | Correctly filed memorandum in opposition to Defendant's Cross Motion for Summary Judgment and the reply to the opposition to the motion for Summary Judgment | .25 | $300.00 | $75.00 |
| 06/23/08 | Received and reviewed memorandum of opinion from the District Court | .50 | $300.00 | $125.00 |
| | | | | |
| | | | | |

Total: $7684.60
$8034.60(including $350.00 filing fee)

Time Submitted by:    Fatmata Barrie, Esq.
                                  Counsel for the Plaintiff
Date Submitted:    _____

This is time for both the due process hearing and district court appeal process and the $350.00 filing fee.

# LAFFEY MATRIX









| Year | Adjustmt Factor** | Paralegal/ Law Clerk | Years Out of Law School * | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1-3 | 4-7 | 8-10 | 11-19 | 20 + |
| 6/01/07-5/31/08 | 1.0516 | $146 | $268 | $329 | $475 | $536 | $645 |
| 6/01/06-5/31/07 | 1.0256 | $139 | $255 | $313 | $452 | $509 | $614 |
| 6/1/05-5/31/06 | 1.0427 | $136 | $249 | $305 | $441 | $497 | $598 |
| 6/1/04-5/31/05 | 1.0455 | $130 | $239 | $293 | $423 | $476 | $574 |
| 6/1/03-6/1/04 | 1.0507 | $124 | $228 | $280 | $405 | $456 | $549 |
| 6/1/02-5/31/03 | 1.0727 | $118 | $217 | $267 | $385 | $434 | $522 |
| 6/1/01-5/31/02 | 1.0407 | $110 | $203 | $249 | $359 | $404 | $487 |
| 6/1/00-5/31/01 | 1.0529 | $106 | $195 | $239 | $345 | $388 | $468 |
| 6/1/99-5/31/00 | 1.0491 | $101 | $185 | $227 | $328 | $369 | $444 |
| 6/1/98-5/31/99 | 1.0439 | $96 | $176 | $216 | $312 | $352 | $424 |
| 6/1/97-5/31/98 | 1.0419 | $92 | $169 | $207 | $299 | $337 | $406 |
| 6/1/96-5/31/97 | 1.0396 | $88 | $162 | $198 | $287 | $323 | $389 |
| 6/1/95-5/31/96 | 1.032 | $85 | $155 | $191 | $276 | $311 | $375 |
| 6/1/94-5/31/95 | 1.0237 | $82 | $151 | $185 | $267 | $301 | $363 |

The methodology of calculation and benchmarking for this Updated Laffey Matrix has been approved in a number of cases. See, e.g., McDowell v. District of Columbia, Civ. A. No. 00-594 (RCL), LEXSEE 2001 U.S. Dist. LEXIS 8114 (D.D.C. June 4, 2001); Salazar v. Dist. of Col., 123 F.Supp.2d 8 (D.D.C. 2000).

* "Years Out of Law School" is calculated from June 1 of each year, when most law students graduate. "1-3" includes an attorney in his 1st, 2nd and 3rd years of practice, measured from date of graduation (June 1). "4-7" applies to attorneys in their 4th, 5th, 6th

and 7th years of practice. An attorney who graduated in May 1996 would be in tier "1-3" from June 1, 1996 until May 31, 1999, would move into tier "4-7" on June 1, 1999, and tier "8-10" on June 1, 2003.

\*\* The Adjustment Factor refers to the nation-wide Legal Services Component of the Consumer Price Index produced by the Bureau of Labor Statistics of the United States Department of Labor.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.W., *et al.*, | * |
|     Plaintiffs | * |
| | * |
| v. | *   **Civ. Acton No. 07-1241 (RCL)** |
| | * |
| | * |
| **DISTRICT OF COLUMBIA, et al** | * |
|     Defendants | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DECLARATION OF FATMATA BARRIE

I, Fatmata Barrie declare as follows:

1. I am counsel for the Plaintiffs in this matter and make this declaration in support of Plaintiffs' accounting for attorney's fees and costs.

2. I have represented clients in proceedings at the DCPS Student Hearing Office for some six years.

3. Our firm's current attorney rate ranges from $200.00 to $350.00 and the educational advocate rate is $165.00.

4. Plaintiffs seek reimbursement for 39.85 hours of attorney time and 4.54 of educational advocate time. (See Exhibit A & B)

5. That time does not include many costs incurred by Plaintiffs' attorney, which includes but is not limited to photocopying, travel time, several communications with the school staff, etc.

6. All of the 39.85 hours of attorney time and 4.54 of educational advocate time were reasonably necessary to accomplish the work required to assure plaintiffs' success in these proceedings.

7. Plaintiffs seek reimbursement of $350.00 for the filing of the complaint.

I DECLARE UNDER PENALY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

July 3, 2008

                                      */s/FatmataBarrie/s/*
                                      Fatmata Barrie