UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIAN MURPHY, et al., : | |
| : | |
| PLAINTIFFS : | |
| : | Civ. Action No. 07-1241 (RCL) |
| v. : | |
| : | |
| DISTRICT OF COLUMBIA, et al., : | |
| : | |
| DEFENDANTS. : | |

**DEFENDANTS' CONSENT MOTION FOR
EXTENSION OF TIME TO FILE OPPOSITION TO
MOTION FOR ATTORNEY'S FEES**

The District of Columbia, through counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), respectfully moves for extension of time to file an opposition to Plaintiff's Motion for Attorney's Fees on or before July 28, 2008. The parties are trying to reach an agreement on the amount of attorney's fees that will be paid, which will render the filing of Defendant's opposition unnecessary.

Accordingly, Defendants' request that the Court grant this motion and allow Defendants' to file their opposition on or before July 28, 2008.

                                                Respectfully submitted,

                                                PETER J. NICKLES
                                                Acting Attorney General for the
                                                   District of Columbia

                                                GEORGE C. VALENTINE
                                                Deputy Attorney General
                                                Civil Litigation Division

                    */s/ Edward P. Taptich*_____
                    EDWARD P. TAPTICH (012914)
                    Section Chief
                    Equity Section Two

                    */s/ Veronica A. Porter*_____
                    VERONICA A. PORTER (412273)
                    Assistant Attorney General
                    Civil Litigation Division
                    Equity Section Two
                    441 Fourth Street, N.W., Sixth Floor South
                    Washington, D.C.  20001
                    (202) 724-6651 (phone)
                    (202) 727-3625 (facsimile)
                    veronica2.porter@dc.gov

**July 14, 2008**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
:
**MARIAN MURPHY, et al.,**          :
                                    :
    **PLAINTIFFS**              :
                                    :       Civ. Action No. 07-1241 (RCL)
    v.                          :
                                    :
**DISTRICT OF COLUMBIA, et al.,**   :
                                    :
    **DEFENDANTS.**            :
_____

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE
AN OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**


1. Fed. R. Civ. P. 6(b)(1).

2. The inherent authority of this Court.


        Respectfully submitted,

        PETER J. NICKLES
        Acting Attorney General for the
        District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Edward P. Taptich*_____
        EDWARD P. TAPTICH (012914)
        Chief, Equity Section 2

/s/ *Veronica A. Porter*_____
VERONICA A. PORTER (412273)
Assistant Attorney General
441 4th St., N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6651
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov

**July 14, 2008**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MARIAN MURPHY, et al.,** | : | |
| | : | |
| PLAINTIFFS | : | |
| | : | Civ. Action No. 07-1241 (RCL) |
| v. | : | |
| | : | |
| **DISTRICT OF COLUMBIA, et al.,** | : | |
| | : | |
| DEFENDANTS. | : | |

### **ORDER**

On consideration of Defendants' Motion for Extension of Time to File an Opposition to Plaintiff's Motion for Attorney's Fees, it is this _____ day of _____, 2008,

**ORDERED**, that Defendants' motion is GRANTED; it is,

**FURTHER ORDERED**, Defendants may file their Opposition on or before July 28, 2008.

_____
U.S. DISTRICT COURT JUDGE