UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARIAN MURPHY, et al.,** : | |
| Plaintiffs, : | |
| v. : | Civ. Action No. 07-1241 (RCL) |
| **DISTRICT OF COLUMBIA, et al.,** : | |
| Defendants. : | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
TO FILE AN OPPOSITION TO
PLAINTIFFS' MOTION FOR ATTORNEY'S FEES**

The Defendants, by counsel and pursuant to Fed. R. Civ. P. 6(b)(1), hereby move this Court for an enlargement of time – to August 8 – to respond to Plaintiffs' Motion for Attorney's Fees. Although this Court has already granted Defendants an enlargement of time to settle this matter, the parties need additional time to reach an agreement as to the amount of costs that will be paid, which will render the filing of Defendant's Opposition unnecessary.

Counsel for the Plaintiffs could not be reached by telephone or email regarding consent of this Motion.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

July 28, 2008

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

*/s/ Veronica A. Porter*
VERONICA A. PORTER (412273)
Assistant Attorney General
Civil Litigation Division
441 Fourth Street, N.W., Sixth Floor
Washington, D.C. 20001
(202) 724-6651 (phone)
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARIAN MURPHY, et al.,** | : | |
| Plaintiffs, | : | |
| v. | : | Civ. Action No. 07-1241 (RCL) |
| **DISTRICT OF COLUMBIA, et al.,** | : | |
| Defendants. | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE AN OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEY'S FEES**

1. Rule 6(b)(1), Federal Rules of Civil Procedure.
2. The inherent authority of this court.

        Respectfully submitted,

        PETER J. NICKLES
        Acting Attorney General
        for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        ***/s/ Edward P. Taptich***
        EDWARD P. TAPTICH [#012914]
        Chief, Equity Section II

        */s/ Veronica A. Porter*
        VERONICA A. PORTER (412273)
        Assistant Attorney General
        Civil Litigation Division
        441 Fourth Street, N.W., Sixth Floor
        Washington, D.C. 20001
        (202) 724-6651 (phone)
        (202) 727-3625 (facsimile)

July 28, 2008        veronica2.porter@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARIAN MURPHY, et al.,** : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civ. Action No. 07-1241 (RCL) |
| : | |
| **DISTRICT OF COLUMBIA, et al.,** : | |
| : | |
| Defendants. : | |

**ORDER**

On consideration of the Defendants' Motion For Enlargement Of Time To File an Opposition to Plaintiffs' Motion for Attorney's Fees, filed July 28, 2008, at it appearing that a grant of that motion would be just and proper, it is, this ____ day of July 2008,

ORDERED, that the Defendants' Motion is granted; and it is

FURTHER ORDERED, that the time within which the Defendants may file their Opposition to Plaintiffs' Motion for Attorney's Fees herein is hereby enlarged to and including August 8, 2008.

_____
United States District Court Judge