UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIAN MURPHY, et al., | : |
| Plaintiffs, | : |
| v. | : Civ. Action No. 07-1241 (RCL) |
| DISTRICT OF COLUMBIA, et al., | : |
| Defendants. | : |

## JOINT MOTION FOR CONSENT JUDGMENT FOR ATTORNEYS' FEES AND COSTS

On June 23, 2008, this Court granted Plaintiffs' summary judgment motion, entitling them to reimbursement for attorneys' fees and costs as prevailing parties in this action. The parties have resolved all issues with respect to Plaintiffs' attorneys' fees and costs. In accordance with Rule 54 of the Federal Rules of Civil Procedure, the parties to this action respectfully move this Court for entry of a Consent Judgment.

The parties have agreed to the form of a proposed Order, a copy of which is attached hereto. The parties consent to the entry of the proposed Order, and request that Judgment be entered by the Clerk.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the
 District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Edward P. Taptich*_____
        EDWARD P. TAPTICH (012914)
        Section Chief
        Equity Section Two

        */s/ Veronica A. Porter*_____
        VERONICA A. PORTER (412273)
        Assistant Attorney General
        Civil Litigation Division
        Equity Section Two
        441 Fourth Street, N.W., Sixth Floor South
        Washington, D.C.  20001
        (202) 724-6651 (phone)
        (202) 727-3625 (facsimile)
        veronica2.porter@dc.gov
        **ATTORNEYS FOR DEFENDANTS**


        */s/ Fatmata Barrie*_____
        FATMATA BARRIE (485122)
        Law Offices of Christopher N. Anwah, PLLC
        10 R Street, NE
        Washington, D.C.  20002
        (202) 626-0040 (phone)
        (202) 626-0048 (facsimile)
        fbarrie@verizon.net
        **ATTORNEY FOR PLAINTIFFS**


**July 29, 2008**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIAN MURPHY, et al., | : |
| Plaintiffs, | : |
| v. | : Civ. Action No. 07-1241 (RCL) |
| DISTRICT OF COLUMBIA, et al., | : |
| Defendants. | : |

## CONSENT JUDGMENT

Upon consideration of the Joint Motion for Consent Judgment for Attorneys' Fees and Costs filed July 14, 2008, Plaintiffs and Defendants having agreed on the amount of reasonable attorneys' fees and costs sought in this action, entry of this judgment will fully settle all claims made by Plaintiffs herein.  The parties having consented to this Order, it is, this _____ day of _____, 2008

**ORDERED**, That Plaintiffs are awarded $11,131.70 as payment for the attorneys' fees and costs incurred at the administrative level as well as those attorneys' fees and costs incurred in connection with the prosecution of the proceeding in this Court.  Payment of $4,500.00—the total amount able to be paid by the Defendants on this award under existing statutory fee cap limitations—is to be made within 60 days of the date of this Order.

_____
UNITED STATES DISTRICT JUDGE